UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO: 8:21-cv-02567-HERNANDEZ-COVINGTON/FLYNN

SOUTHERN-OWNERS INSURANCE
COMPANY,
    Plaintiff,
v.

GALATI YACHT SALES, LLC, *et al.*,
    Defendants.
_____/

**DEFENDANT, GALATI YACHT SALES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, GALATI YACHT SALES, LLC, and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all the other identifiable legal entities related to any party in the case:

    a. Jeffco Marine Inc.
       c/o Morgan & Morgan Tampa, P.A.
       101 Riverfront Boulevard, Suite 600
       Bradenton, FL 34205

    b. Jefferson Foraker

       c/o Morgan & Morgan Tampa, P.A.
       101 Riverfront Boulevard, Suite 600
       Bradenton, FL 34205

c. Galati Yacht Sales, LLC
   c/o Chalos & Co. P.C.
   2030 South Douglas Road, Suite 117
   Coral Gables, Florida 33134

d. GMI Holding Company
   900 South Bay Boulevard
   Anna Maria, Florida 34216

e. Carri Leininger, Esq.
   Williams, Leininger & Cosby, P.A.
   11300 US Highway One, Suite 300
   North Palm Beach, FL 33408

f. Maureen Martinez, Esq.
   Williams, Leininger & Cosby, P.A.
   11300 US Highway One, Suite 300
   North Palm Beach, FL 33408

g. Red Lion, LLC
   900 Brickell Key Boulevard, Suite 3004
   Miami, Florida 33131

h. Southern-Owners Insurance Company
   c/o Williams, Leininger & Cosby, P.A.
   11300 US Highway One, Suite 300
   North Palm Beach, FL 33408

i. Travelers Property Casualty
   Company of America
   c/o Chalos & Co., P.C.
   2030 S. Douglas Road, Suite 117
   Coral Gables, Florida 33134

    j.  Michelle Otero Valdés, B.C.S.
        Chalos & Co., P.C.
        2030 S. Douglas Road, Suite 117
        Coral Gables, Florida 33134

    k.  Manuel F. Valdés, Esq.
        2030 S. Douglas Road, Suite 117
        Coral Gables, Florida 33134

    l.  Joel Williams, Esq.
        Morgan & Morgan Tampa, P.A.
        101 Riverfront Boulevard, Suite 600
        Bradenton, Florida 34205

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a.  None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    b.  None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

                              Respectfully submitted,

                              By:   /s/ Michelle Otero Valdés

                                                Michelle Otero Valdés, B.C.S.
                                                Florida Bar No. 14990
                                                Chalos & Co, P.C.
                                                2030 S. Douglas Road, Suite 117
                                                Coral Gables, Florida 33134
                                                Tel: (305) 377-3700
                                                Fax: (866) 702-4577
                                                E-mail: mov@chaloslaw.com
                                                *Attorneys for Defendant,*
                                                *Galati Yacht Sales, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2022, the foregoing document is being filed with this Court and served on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                /s/ Michelle Otero Valdés
                                                Michelle Otero Valdés, B.C.S.

## SERVICE LIST

Maureen Martinez, Esq.
James O. Williams, Jr.
Carri S. Leininger, Esq.
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-960
Email: eservice@wlclaw.com
*Attorneys for Southern-Owners Insurance Company*

Joel Williams, Esq.
Morgan & Morgan Tampa, P.A.
101 Riverfront Blvd., Suite 600
Bradenton, Florida 34205
Telephone No. (941)308-2401
Email: jwilliams@forthepeople.com
Secondary: dmcdonald@forthepeople.com
*Attorney for Defendant Jefferson Foraker*